EZRA B. WESTON, Respondent, *v.* MOSES CHAMBERLAIN, Appellant.

(Argued February 4, 1886 ; decided March 9, 1886.)

*Samuel Hand* for appellant.

*Joseph A. Shoudy* for respondent.

Agree to reverse judgment unless plaintiff stipulates to reduce

the amount of damages to $550 with interest from August 24, 1864, in that event to affirm.

All concur ; no opinion.

Judgment accordingly.